DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
ROSALES, PABLO LOPEZ and
ROSALES, ELSA MUNIZ

Case No. 04-01333-PCW13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $33.29, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 35 | TIMOTHY WHITE PROPERTIES<br>117 N 1ST STE 30<br>MT VERNON, WA  98273 | $33.29 |

Dated: November 25, 2009

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4873562        12-02-09        #33.29